# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

Case No.: 2:25–bk–02226–FMR
Chapter: 7
Judge: Luis Ernesto Rivera II

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Heather Leeann Spiegel
   aka Heather L Spiegel, aka Heather Spiegel
   14067 Danpark Loop
   Fort Myers, FL 33912

Social Security / Individual Taxpayer ID No.:
   xxx–xx–6142

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

Clerk's Notice of United States Trustee's Statement of Presumed Abuse Under 11 U.S.C. Section 707(b)(2). (ADIclerk)

Dated: 12/20/25

                                              United States Trustee